STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff SUSAN GREY OWENS*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Grey Owens,<br><br>    Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 8:34-cv-00807-DOC-JDE<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>The Honorable David O. Carter |

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, Susan Grey Owens, by and through counsel, hereby notifies the Court that the above-captioned action is settled as to all Defendants and as to the entire case. The settlement is conditional upon completion of certain future performances by each Defendant. Once those performances by each Defendant are completed, Plaintiff will file a Dismissal with Prejudice as to the entire case.

Dated: July 31, 2024

                                                    __/s/_ Stanley R. Apps_____
                                                    Stanley R. Apps
                                                    *Attorneys for Plaintiff*